# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE LAW OFFICE OF YIFEI HE, PLLC,<br><br>Plaintiff,<br><br>vs.<br><br>AFTERNIC SERVICES, LLC,<br><br>Defendant. | Case No.: 1:25-CV-10526-BEM |

### ORDER ON STIPULATED MOTION REGARDING PLAINTIFF'S INTENT TO FILE AN AMENDED COMPLAINT AND TIME FOR AFTERNIC SERVICES, LLC TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Pursuant to the Parties' Stipulated Motion Regarding Plaintiff The Law Office of Yifei He, PLLC's ("Plaintiff") Intent to File an Amended Complaint and Time for Afternic Services, LLC ("ASL") to Respond to Plaintiff's Amended Complaint, (the "Stipulated Motion"), and good cause appearing therefore,

**IT IS ORDERED** that the parties' Stipulated Motion is **GRANTED**. Plaintiff shall file an amended complaint on or before June 18, 2025. ASL shall have no obligation to respond to Plaintiff's currently-pending Complaint (ECF No. 1), given Plaintiff's intent to amend that pleading. ASL shall have until July 18, 2025 to respond to Plaintiff's amended complaint.

Dated: May 20, 2025

*/s/ Brian E. Murphy*
The Honorable Brian E. Murphy, U.S.D.J.